# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAY SHRAGER and CAROLE B. SHRAGER, <br><br> Plaintiffs, <br><br> v. <br><br> BSI FINANCIAL SERVICES, <br><br> Defendant. | Case No. 16-cv-02039-APG-VCF <br><br> **ORDER FOR STATUS REPORT** |

The parties previously agreed to a 60-day stay. ECF No. 9. More than 60 days has elapsed but there has been no further action.

IT IS THEREFORE ORDERED that the parties shall file a joint status report on or before December 23, 2016.

DATED this 6th day of December, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE