ZIEVE, BRODNAX & STEELE, LLP
Benjamin D. Petiprin, Esq.
(NV Bar 11681)
Sherry A. Moore, Esq.
(NV Bar 11215)
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Tel:   (702) 948-8565
Fax:   (702) 446-9898
Email: bpetiprin@zbslaw.com
Email: smoore@zbslaw.com

Attorneys for BSI Financial Services

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAY SHRAGER, an individual; CAROLE B. SHRAGER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BSI FINANCIAL SERVICES an unknown business entity; DOES I-X, inclusive, ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | **CASE NO.:** 2:16-cv-02039<br><br>**JOINT STIPULATION AND ORDER TO STAY PROCEEDINGS UNTIL JANUARY 5, 2017** |

Plaintiffs Jay Shrager and Carole B. Shrager ("Plaintiffs") and Defendant BSI Financial Services ("BSI"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1.     WHEREAS on September 13, 2016, this court entered the Joint Stipulation and Order to Stay Proceedings for Sixty Days.

2.     WHEREAS the parties are engaged in active settlement negotiations to resolve the litigation.

_____
STIPULATION AND ORDER TO STAY PROCEEDINGS - 1 -

3. WHEREAS the parties agree to extend the stay through January 5, 2017.

**IT IS THEREFORE STIPULATED AND AGREED**:

1. This action is hereby stayed through January 5, 2017. This stay applies to motions, pleadings, briefings, hearings, appearances, discovery, and any other deadlines imposed by law or this Court.

2. BSI agrees to postpone any foreclosure proceedings with respect to the Property pending a potential resolution of the parties' dispute.

3. Plaintiffs understand that BSI has made no guarantee that the parties will be able to reach a resolution and that BSI is under no obligation to reach such a resolution.

4. Should the parties be unable to reach an amicable resolution after expiration January 5, 2016, the parties further stipulate and agree that Plaintiffs and BSI shall each have 20 days from the expiration of the 60-day deadline to file their Motion to Remand and Motion to Dismiss, respectively.

///

///

///

_____
STIPULATION AND ORDER TO STAY PROCEEDINGS - 2 -

5. The parties further stipulate and agree that the stay requested herein is not requested for purposes of delay and will not result in any prejudice to the parties or the Court.

**IT IS SO STIPULATED**.

DATED: December 30, 2016                          ZIEVE, BRODNAX & STEELE, LLP

                                                        By: /s/ Benjamin D. Petiprin
                                                              Benjamin D. Petiprin, Esq.
                                                               Attorneys for Defendant
                                                               BSI Financial Services

DATED: December 30, 2016                          JENNINGS & FULTON, LTD

                                                        By: /s/ Adam Fulton
                                                              Adam R. Fulton, Esq.
                                                               Attorneys for Plaintiffs
                                                               Jay Shrager and Carole B. Shrager

**ORDER**

**IT IS SO ORDERED.**

                                                               _____
                                                               **UNITED STATES MAGISTRATE JUDGE**

                                                                        1-3-2017
                                                              **DATED:** _____

# CERTIFICATE OF MAILING

**I HEREBY CERTIFY** that I am an employee of Zieve, Brodnax & Steele, LLP, and not a party to nor interested in the within matter; that on the 30th day of December, 2016, service of the **JOINT STIPULATION AND ORDER TO STAY PROCEEDINGS UNTIL JANUARY 5, 2017** was made by:

(X)  by serving the following parties electronically through CM/ECF/WIZNET as set forth below;

( ) by depositing a copy in the United States Mail postage prepaid to the parties listed below:

Jared B. Jennings, Esq.
6465 West Sahara Avenue, Suite 103
Las Vegas, NV 89146
*Attorney for Jay Shrager and Carole B. Shrager*

                                              */s/ Michele Dapello*
                                              Michele Dapello, an employee of
                                              Zieve, Brodnax & Steele, LLP

_____

CERTIFICATE OF SERVICE