ZIEVE, BRODNAX & STEELE, LLP
Benjamin D. Petiprin, Esq.
(NV Bar 11681)
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Tel:   (702) 948-8565
Fax:   (702) 446-9898

Attorney for Defendant BSI Financial Services

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAY SHRAGER, an individual; CAROLE B. SHRAGER, an individual,<br><br>    Plaintiffs,<br><br>  vs.<br><br>BSI FINANCIAL SERVICES an unknown business entity; DOES I-X, inclusive, ROE CORPORATIONS I-X, inclusive,<br><br>    Defendants. | **CASE NO.:** 2:16-cv-02039<br><br>**MOTION FOR TELEPHONIC TESTIMONY** |

On or about August 26, 2016, Defendant BSI Financial Services ("Defendant") petitioned this Court for the removal of Plaintiff Jay Shrager and Carole B. Shrager (collectively, "Plaintiffs") Complaint.

On or about September 12, 2016, the case proceedings were stayed for sixty days by way of a stipulation between Defendant and Plaintiffs in order to discuss possible settlement options. The order granting the stipulation was entered on September 13, 2016.

On or about December 30, 2016, Defendant and Plaintiffs entered into a stipulation to extend the stay until January 5, 2017.

///

On March 2, 2017, this court scheduled a status hearing for March 15, 2017 at 1:00 pm. The hearing was subsequently continued to March 15, 2017 at 3:00 pm.

Benjamin D. Petiprin will be at Zieve, Brodnax & Steele's office in Irvine, California at the time of the hearing and is unable to appear in person.

Therefore, Defendant hereby requests this Court for an order permitting Defendant's counsel, Benjamin D. Petiprin, Esq., to appear telephonically at the status hearing currently scheduled for March 15, 2017 at 3:00 pm. Benjamin D. Petiprin can be reached directly at 714-848-7920 x 390, or requests the Court to provide a call-in number for the courtroom.

DATED: March 13, 2017

ZIEVE, BRODNAX & STEELE, LLP

By: /s/ Benjamin D. Petiprin
Benjamin D. Petiprin, Esq.
Attorneys for Defendant
BSI Financial Services

### ORDER

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

3-13-2017
**DATED:** _____

The call-in telephone number is (888)273-3658, access code: 3912597.  The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. The call must be made on a land line. The use of a cell phone or speaker phone during the proceedings is prohibited.

## CERTIFICATE OF MAILING

**I HEREBY CERTIFY** that I am an employee of Zieve, Brodnax & Steele, LLP, and not a party to nor interested in the within matter; that on the 13th day of March, 2017, service of the **MOTION FOR TELEPHONIC TESTIMONY** was made by:

(X)  by serving the following parties electronically through CM/ECF/WIZNET as set forth below;

( ) by depositing a copy in the United States Mail postage prepaid to the parties listed below:

Jared B. Jennings, Esq.
6465 West Sahara Avenue, Suite 103
Las Vegas, NV 89146
*Attorney for Jay Shrager and Carole B. Shrager*

                                            */s/ Michele Dapello*
                                            Michele Dapello, an employee of
                                            Zieve, Brodnax & Steele, LLP

_____

CERTIFICATE OF SERVICE