ZIEVE, BRODNAX & STEELE, LLP
Benjamin D. Petiprin, Esq.
(NV Bar 11681)
Sherry A. Moore, Esq.
(NV Bar 11215)
3753 Howard Hughes Parkway, Suite 200
Las Vegas, Nevada 89169
Tel:   (702) 948-8565
Fax:   (702) 446-9898
Email:  bpetiprin@zbslaw.com
Email: smoore@zbslaw.com

Attorneys for BSI Financial Services

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAY SHRAGER, an individual; CAROLE B. SHRAGER, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>BSI FINANCIAL SERVICES an unknown business entity; DOES I-X, inclusive, ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:16-CV-02039 APG-VCF<br><br>**STIPULATION OF DISMISSAL**<br><br>**ORDER** |

   Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiffs Jay Shrager and Carole B. Shrager ("Plaintiffs"), by and through their attorney Adam R. Fulton, Esq. of Jennings & Fulton, LTD., and Defendant BSI Financial Services ("Defendant") by and through its attorney Benjamin D. Petiprin, Esq. of Zieve, Brodnax & Steele, LLP, hereby stipulate for dismissal *with* prejudice of the above-entitled action in its entirety.

///

///

///

STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE - 1 -

No other parties have appeared in the action. All pending deadlines and hearings will be vacated upon entry of this order.

DATED: March 24, 2017         ZIEVE, BRODNAX & STEELE, LLP

/s/ Benjamin D. Petiprin
Benjamin D. Petiprin, Esq.,
Attorneys for Defendant BSI Financial Services

DATED: March 24, 2017         JENNINGS & FULTON, LTD

/s/ Adam R. Fulton
Adam R. Fulton, Esq.
Attorney for Plaintiffs Jay Shrager and Carole B. Shrager

**ORDER**

IT IS SO ORDERED.

Dated: March 27, 2017.

_____
UNITED STATES DISTRICT JUDGE